UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RANDY BEA ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1-14-00021 |
| v. ) | Senior Judge Haynes |
| ) | |
| SOUTH CENTRAL CORRECTIONAL ) | |
| FACILITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 47) to grant Defendants' motion for summary judgment (Docket Entry No. 38). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motion for summary judgment (Docket Entry No. 38) is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ____ day of January, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge